1

2

3                                                              O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   JERIMICHAEL COOLEY,                )  CASE NO. CV 08-1155-CAS (PJW)
                                        )
11                  Petitioner,         )
                                        )  ORDER ACCEPTING REPORT AND
12             v.                       )  RECOMMENDATION OF UNITED STATES
                                        )  MAGISTRATE JUDGE AND DENYING
13   LARRY SMALL, WARDEN, et al.,       )  CERTIFICATE OF APPEALABILITY
                                        )
14                  Respondents.        )
                                        )

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17   the records on file, and the Report and Recommendation of United

18   States Magistrate Judge and has considered *de novo* the portions of the

19   Report as to which objections have been filed.  The Court accepts the

20   Magistrate Judge's Report and adopts it as its own findings and

21   conclusions.

22        Further, for the reasons stated in the Report and Recommendation,

23   the Court finds that Petitioner has not made a substantial showing of

24   the denial of a constitutional right and, therefore, a certificate of

25   appealability should not issue in this action.  *See* 28 U.S.C.

26

27

28

1   § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2   322, 336 (2003).

3

4        DATED:     September 28, 2010.

5

6                              _____

7                              CHRISTINA A. SNYDER
                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   C:\Temp\notesE1EF34\LA08CV01155CASPJW-O.wpd